1

Magistrate Judge Peterson

2

3

4

5

6

7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    AT TACOMA

8

9   UNITED STATES OF AMERICA,                    CASE NO.        MJ19-5244

10                   Plaintiff                   COMPLAINT for VIOLATION

11          v.                                   Title 18, United States Code, §§ 922(u)

12                                               and 2
    JESSE SOOCEY,
13
                     Defendant.
14

15

16          BEFORE Michelle L. Peterson, United States Magistrate Judge, Seattle,

17   Washington.

18                               **COUNT 1**

19                  **(Theft From a Federal Firearms Licensee)**

20          On or about August 9, 2019, at Tacoma, within the Western District of

21   Washington, JESSE SOOCEY, and another person unknown to the United States,

22   knowingly and intentionally forced entry, and aided and abetted the forced entry, into the

23   Bull's Eye Indoor Shooting Range, a business licensed to engage in the dealing of

24   firearms, while the business was closed and locked, and stole and unlawfully took and

25   carried away from the premises twenty-four (24) handguns from the business inventory,

26   all of which were firearms that had previously been shipped or transported in interstate or

27   foreign commerce.

28          All in violation of Title 18, United States Code, Sections 922(u) and 2.

COMPLAINT / *U.S. v. Jesse Soocey* - 1
2019R00772

1    And the Complainant states that this Complaint is based on the following
2    information:
3        1.    I Andriy I. Vavilin, being duly sworn, depose and state, that I am a Special
4    Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF),
5    United States Department of Justice, and have been so employed since July of 2017.  I
6    am a law enforcement officer of the United States, and am empowered by law to conduct
7    investigations of, and to make arrests for, offenses against the United States, as codified
8    at Title 18, United States Code, Section 3051.  I have completed the Federal Law
9    Enforcement Training Center Criminal Investigative Program and the ATF National
10   Academy Special Agent Basic Training Program in Brunswick, Georgia.  Prior to
11   becoming an ATF Special Agent, I graduated from Rowan University and received a
12   Bachelor's of Arts Degree in Law & Justice (Summa Cum Laude).  From 2014 to 2017,
13   I was employed as a Police Officer with the United States Capitol Police.
14       2.    During my professional training and experience, I have both assisted in and
15   conducted investigations into firearms and narcotic violations.  I have also participated in
16   undercover operations, and in the execution of search warrants at locations associated
17   with these individuals.  During the execution of search warrants, I have participated in the
18   recovery of evidence related to firearms and narcotic violations.  Through this experience
19   and training, and based upon the experience of other Special Agents which have been
20   relayed to me, I have become familiar with the modus operandi of narcotic dealers and
21   narcotic traffickers and illegal possessors of firearms and ammunition as enumerated
22   herein.
23       3.    I have been involved in an investigation, which is the subject of this
24   Affidavit.  Due to my personal participation in this investigation and reports made to me
25   by other ATF Agents and other Law Enforcement Officers, I am familiar with the facts
26   and circumstances surrounding the investigation.  My training and experience as a
27   Special Agent, including participation in this investigation, form the basis for the
28   opinions and conclusions set forth below.

COMPLAINT / *U.S. v. Jesse Soocey* - 2
2019R00772

1      4.     Since I am submitting this affidavit for the limited purpose of establishing

2 probable cause, however, I have not included each fact known to me concerning this

3 investigation.  This Complaint is being presented by electronic means pursuant to Local

4 Criminal Rule CrR 41(d)(3).

5                         **SUMMARY OF INVESTIGATION**

6      5.     On August 9, 2019, Tacoma Police Department (TPD) and ATF responded

7 to Bull's Eye Indoor Range, located at 414 Puyallup Avenue, Tacoma, Washington, in

8 response to a report of a burglary.  Bull's Eye is a Federal Firearms Licensee (FFL) that

9 sells firearms and ammunition.  Officers and agents contacted several employees of the

10 business who stated the security alarm was activated at approximately 4:00 a.m.  An

11 initial review of the scene and security footage indicated one individual, likely male,

12 entered and exited the business through a roof access point, and stole more than 20

13 firearms from the range display case.  Employee K.C. arrived to open Bull's Eye at

14 approximately 8:40 a.m., August 9, 2019.  K.C. stated she opened the front door and

15 heard the alarm active.  K.C. stated she walked to the alarm panel, noted the system

16 stated the roof was triggered, and turned off the alarm.  K.C. stated she observed firearms

17 missing from the counter/display case at the range and attempted to call co-owner D.W.

18 K.C. stated she then called co-owner M.D. to notify him of the burglary, and walked back

19 into the rear classroom of the Bull's Eye range.  K.C. observed the roof access point was

20 open.  K.C. stated she then contacted the police and was advised to exit and wait.

21      6.     M.D., co-owner of Bull's Eye, advised the agents that the security company

22 called him at 4:10 a.m. but he did not answer the call.  M.D. stated the security company

23 did not dispatch police response to Bull's Eye.  The first alarm was activated on the roof

24 access at 3:58 a.m.  M.D. provided agents with a screenshot of the alarm notifications he

25 received on his cellular telephone.

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



7.      During the canvas of the area, agents contacted L.W. and T.L. in an empty lot at the corner of the alley behind Bull's Eye and East E Street.  L.W. stated he was homeless and was sleeping when he awoke to a loud "boom" and shortly thereafter two unidentified males yelling.  L.W. approximated it occurred around 4:00 a.m.  L.W. stated he briefly observed the driver and passengers exit the vehicle and appear to change roles/seats to passenger and driver.  L.W. believed the truck scraped, impacted or otherwise made contact on the driver's side with the exterior wall of the building.  L.W. stated he could not describe the two men due the darkness of the alleyway, but believed one was approximately 5'7" and medium build.  L.W. stated the truck sped east down the alley and into the Tacoma Dome Station parking garage.  As the truck passed, L.W. observed the truck more closely and recognized the vehicle as a possible silver Chevrolet Silverado.  L.W. believed the Silverado to be a model year 2014 and described it as having stickers in the rear window and floodlights on the roof.  L.W. did not observe a license plate.

COMPLAINT / *U.S. v. Jesse Soocey* - 4
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8.     Agents reviewed surveillance footage from Bull's Eye.  Agents observed that the security footage (*i.e.*, on-screen clock) was approximately 26 minutes slow.  At approximately 04:50:32 a.m. (approximately 5:16 a.m. actual time), an unidentified burglar, wearing all black with his face concealed (hereafter S1), wearing a backpack, is observed on the security footage entering the main/common area of Bull's Eye from the classroom with ladder/roof access.



S1 in the common area running into the range (Camera 05) – approximately 05:16 a.m. real time



COMPLAINT / *U.S. v. Jesse Soocey* - 5
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 runs out of the range (Camera 05) – approximately 05:16 a.m. real time



S1 in the common area (Camera 05) – approximately 05:16 a.m. real time



COMPLAINT / *U.S. v. Jesse Soocey* - 6
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 in the common area (Camera 06) approximately 05:16 a.m. real time



S1 entering the room with the range display case with firearms (Camera 06) – approximately 05:16 a.m. real time



COMPLAINT / *U.S. v. Jesse Soocey* - 7
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 exits the room.  S1 appears to have dropped an item (Camera 06) approximately 05:17 a.m. real time



S1 returns to the room.  Suspect appears to be placing an item in the backpack (Camera 06) approximately 05:17 a.m. real time



COMPLAINT / U.S. v. Jesse Soocey - 8
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 loses what appears to be a strap from the backpack (Camera 06) -
approximately 05:17 a.m. real time



S1 with the backpack is observed exiting the same way he entered (Camera 06) -
approximately 05:17 a.m. real time



COMPLAINT / *U.S. v. Jesse Soocey* - 9
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

9.     A TPD Crime Scene Technician responded and documented the scene with photographs.  TPD seized a grey-colored, Velcro strap with a plastic clip/buckle that was collected from the common area; a black-colored "Streamlight ProTac 2L" brand flashlight, located in the room with the display cases on the cashier's side; and a black tire iron located on the roof.

10.     An ATF Industry Operations Investigator (IOI) responded to the scene to conduct the comparison between the firearms physically present inside of the business, to firearms recorded in the Acquisition & Disposition books.  The IOI advised ATF SA Andriy Vavilin that Bull's Eye originally reported 25 firearms were missing, but one was later recovered near the suspect's point of exit, thereby bringing the count to 24.  Therefore, it was determined the following 24 handguns to be missing from the inventory:

CZ Model P-07 – .40 caliber – s/n: B506058

CZ Model P-09 - .40 caliber – s/n: B420655

Glock Model 42 - .380 ACP – s/n: ABHH637

Glock Model 22 - .40 caliber – s/n: WTN149

Kel-Tec Model PMR-30 - .22 magnum –s/n: WX7P49

Kel-Tec Model PF-9 – 9mm – s/n: RRIC78

Springfield Armory Model 1911 Range Officer - .45 ACP – s/n: LW168226

Springfield Armory Model 1911 Elite Operator – 10mm – s/n: NM598281

Glock Model 19 – 9mm – s/n: XNE684

Smith & Wesson Model 60 - .38 Special – s/n: DKU2759

Smith & Wesson Model M&P 380 Shield EZ - .380 ACP – s/n: NDP1488

Smith & Wesson Model Bodyguard 380 - .380 ACP – s/n: KFU3989

Smith & Wesson Model SW1911 - .45 ACP – s/n: UFC6374

Smith & Wesson Model M&P 22 Compact - .22LR – s/n: MP149444

Glock Model 17 Gen 4 – 9mm – s/n: XAT679

Glock Model 27 Gen 4 - .40 caliber – s/n: ZAS201

Glock Model 23 Gen 4 - .40 caliber – s/n: ZMC105

Glock Model 26 Gen 4 – 9mm – s/n: ZME659

Glock Model 17 Gen 4 – 9mm – s/n: YGM170

Glock Model 19 Gen 4 – 9mm – s/n: ZCX176

Heckler & Koch Model VP9 – 9mm – s/n: 224-139025

Shadow Systems Model SS9C – 9mm – s/n: BFAK469

Springfield Armory Model XMD – 10mm – s/n: HM510162

Springfield Armory Model 1911-A1 - .45 ACP – s/n: NM602003

11.     On August 9, 2019, ATF SA Vavilin obtained surveillance footage from Pierce Transit Department of Public Safety located at 510 Puyallup Avenue, Tacoma, Washington.

12.     SA Vavilin and Pierce Transit officers reviewed surveillance footage from Tacoma Dome Station, covering Puyallup Avenue, East E Street and E 25th Street and the parking garage.  The video reviewed was timestamped approximately 0300 to 0530 hours, August 9, 2019.

13.     ATF agents also obtained and reviewed surveillance footage from America's Credit Union (ACU) located at 401 E 25th Street, Tacoma, Washington. Agents reviewed surveillance footage for the alley between East D Street and East E Street, covering from approximately 0300 to 0530 hours, August 9, 2019.  Those surveillance cameras are facing the alley located south of Bull's Eye.  Several still shots from those video systems (Pierce Transit and ACU) follow.

COMPLAINT / *U.S. v. Jesse Soocey* - 11
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 and a second suspect (S2) are observed walking eastbound in the alley towards Bull's Eye (ACU camera) 03:11:37



S1 and S2 are observed walking eastbound in the alley and approaching Bull's Eye range entrance door (ACU camera) 03:12:08



COMPLAINT / *U.S. v. Jesse Soocey* - 12
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S1 and S2 are observed exiting the alley and walking north on East E Street towards Puyallup Avenue.  The first/front individual appears to be wearing similar clothing as S1 in Bull's Eye footage (Pierce Transit Camera 76) 03:13:03



S1 and S2 observed walking north on East E Street approaching Puyallup Avenue (Pierce Transit Camera E Street Entrance) 03:13:17



COMPLAINT / *U.S. v. Jesse Soocey* - 13
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 observed walking westbound in the alley past Bull's Eye range entrance (ACU camera) 03:44:01



S1 is observed walking westbound in the alley towards East D Street (ACU Camera) 03:44:15



COMPLAINT / *U.S. v. Jesse Soocey* - 14
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

S1 is observed walking eastbound in the alley towards Bull's Eye (ACU Camera) 03:49:06



S1 is observed walking eastbound in the alley towards Bull's Eye range entrance (ACU camera) 03:49:29



COMPLAINT / *U.S. v. Jesse Soocey* - 15
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 is observed on the roof of Bull's Eye (ACU Camera) 03:52:50



S1 is observed on the roof of Bull's Eye. The first alarm activation on the roof access was at 03:58. (ACU Camera) 04:01:45



COMPLAINT / *U.S. v. Jesse Soocey* - 16
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S2 is observed walking out of the alley for the second time (Pierce Transit Camera 76) 04:15:55



S1 is observed walking out of the alley for the second time, approximately 10 seconds behind S2 (PC Transit Camera 76) 04:16:05



COMPLAINT / *U.S. v. Jesse Soocey* - 17
2019R00772

1  S1 and S2 are observed walking out of the tree line and begin walking westbound on
2  East 25th Street (Pierce Transit Camera 76) 04:16:30



15  S2 (in front) and S1 (trialing) are observed walking westbound on East 25th Street
16  next to the light rail stop (Pierce Transit TLTS_2003-Camera) 04:16:33



COMPLAINT / *U.S. v. Jesse Soocey* - 18
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  S2 is observed with what appears to be a cellular telephone in his right hand (Pierce
2  Transit TLTS_2003-Camera) 04:16:35



S2 appears to be wearing a black and red Honda logo hat



COMPLAINT / *U.S. v. Jesse Soocey* - 19
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 is observed walking behind S2 heading westbound on East 25th Street next to the light rail stop (Pierce Transit TLTS_2003-Camera) 04:16:37



S1 appears to be wearing a variant of Ecko Unlimited zip-up black hoodie



COMPLAINT / *U.S. v. Jesse Soocey* - 20
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 and S2 observed walking westbound on East 25th Street toward East D street
(Pierce Transit TLTS_2002-PTZ 02 Camera) 04:17:15



S1 is observed walking eastbound in the alley towards Bull's Eye.  S1 appears to be
wearing a grey backpack similar to the backpack from Bull's Eye footage (ACU
Camera) 05:05:50



COMPLAINT / *U.S. v. Jesse Soocey* - 21
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

S1 is observed walking eastbound towards Bull's Eye range entrance (ACU Camera) 05:06:13



S1 is observed on the roof and S2 is observed walking up the stairs from Bull's Eye parking lot (ACU Camera) 05:13:20



COMPLAINT / *U.S. v. Jesse Soocey* - 22
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     S2 is observed walking past Bull's Eye range entrance (ACU Camera) 05:13:25



S2 is observed walking westbound in the alley away from Bull's Eye (ACU Camera) 05:13:53



COMPLAINT / *U.S. v. Jesse Soocey* - 23
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1     S1 is observed on the roof of Bull's Eye range (ACU Camera) 05:13:58



15     S1 is observed on the roof of Bull's Range (ACU Camera) 05:18:57. S1 made entry
16 through the roof access point and was observed on surveillance footage inside from
17 approximately 05:16 to 05:17 a.m.



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Suspect vehicle is observed driving eastbound in the alley towards Bull's Eye (ACU Camera) 05:19:14



Suspect vehicle appears to be braking and stopping next to Bull's Eye range entrance (ACU Camera) 05:19:22



COMPLAINT / *U.S. v. Jesse Soocey* - 25
2019R00772

Suspect vehicle is observed entering the Tacoma Dome Station (TDS) garage through the E Street Entrance.  The vehicle appears to be a silver Toyota pickup truck (Pierce Transit Camera E Street Entrance) 05:19:54



Note:  the suspect vehicle appears to have front passenger window damage



Suspect vehicle is observed inside (TDS) garage (Pierce Transit Camera 29) 05:19:57



Suspect vehicle is observed on the 3rd level (south side) of the garage (Pierce Transit Camera 38) 05:20:16



COMPLAINT / *U.S. v. Jesse Soocey* - 27
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

It appears the suspect vehicle is occupied by at least two individuals.



The suspect vehicle entered the garage at approximately 05:19:54 and exited at approximately 05:21:15 turning north on East E Street (Pierce Transit Camera E Street Entrance) 05:21:15.  The suspect vehicle appeared to drive around the parking lot at a high rate of speed.

The suspect vehicle did not appear to stop, and exited the garage structure through same E Street Entrance where it entered.



Suspect vehicle is last observed traveling eastbound on Puyallup Avenue passing McKinley Ave (Pierce Transit Camera 65) 05:21:43



Screen shot of the Washington State license plate on the Toyota pickup. A partial visible plate of "C5330" was captured by Pierce Transit Camera 38.



COMPLAINT / *U.S. v. Jesse Soocey* - 29
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

14.     SA Vavilin queried the Washington Department of Licensing database of driver's license and license plate information.  SA Vavilin conducted a partial plate search of "C5330" on Toyota Tundra's, which returned license plate "C55304F" as one of four possible matches.  The other three possible matches all carried Eastern Washington addresses.  C53304F returned as a 2009 Toyota Tundra (VIN #5TFBV54129X088404) and registered to Jesse Jared SOOCEY, date of birth: 02-10-1989, residence address: 1010 31st Street NE, Auburn, Washington.  Additionally, a Honda Model CR125R motorcycle, red in color, is registered to SOOCEY with the off-road vehicle registration number 481319A

15.     SA Vavilin conducted a criminal history query of SOOCEY, which returned the following felony convictions: *Taking Motor Vehicle without Permission-2* in 2006, *Residential Burglary* in 2005, and *Possession of a Firearm-2* in 2002.  It appears that all three in time may be juvenile adjudications.

16.     Furthermore, SA Vavilin conducted a social media search for SOOCEY. SA Vavilin identified a Facebook page for SOOCEY.

https://www.facebook.com/jesse.soocey



COMPLAINT / *U.S. v. Jesse Soocey* - 30
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

17.     SA Vavilin reviewed SOOCEY's Facebook photos and observed a photograph of a Silver Toyota Tundra and Honda motorcycle uploaded on SOOCEY's Facebook page on April 19.  Off-road vehicle registration number 481319A appears on a sticker on the motorcycle below the handlebars.  It was noted earlier that "S2" appeared to be wearing a hat with a Honda logo in the videos taken around the time of the Bull's Eye burglary.



18.     The Toyota Tundra shown in the photos on SOOCEY's Facebook page (posted April 19 and April 30) is similar in appearance of the Toyota Tundra in the surveillance footage still shots around the time of the Bull's Eye burglary on August 9, 2019.






19.     In addition to the make (Toyota), model (Tundra), and color (silver), there are similarities in tow mirrors, tube steps and rims on the vehicle.  Furthermore, SA Vavilin contacted a Toyota dealer in Tacoma, Washington.  Upon review of the photographs from surveillance footage, dealer employees determined the vehicle appears to be a 2009 Toyota Tundra Double Cab (4X4) with tow mirrors, tube steps and aftermarket rims.  The description appears to be consistent with the photographs of SOOCEY's Toyota Tundra on his Facebook.

Photograph from SOOCEY's Facebook (April 30)



Photograph from SOOCEY's Facebook from March 4.  The rear windows and rear seating area appears similar to the vehicle in the surveillance footage




COMPLAINT / *U.S. v. Jesse Soocey* - 33
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    20.    In December, 2018, Auburn Police Department responded to 1010 31st

2  Street NE, Auburn, Washington to a report of domestic violence. A.S. informed the

3  police that she had been married to Jesse SOOCEY for eight years and they had seperated

4  roughly one month prior, after Jesse SOOCEY began using methamamphetimes. A.S.

5  stated her current boyfriend, E.P., was leaving her residence to go to work when

6  SOOCEY ran after him and chased him back inside A.S.'s home. Jesse SOOCEY began

7  to knock and kick on the front door of the residence, causing the door frame to break.

8  When interviewed by police, Jesse SOOCEY said he was upset and admitted to chasing

9  E.P. and stated he did not know what he was going to do to E.P. if he had caught him.

10  SOOCEY stated he was upset because he had previously told A.S. not to allow males into

11  their residence after their sepration.

12    21.    In May, 2019, Auburn Police Department responded to a different address

13  in Auburn, Washington, regarding a report of theft/fraud. P.Y., who described himself as

14  the ex-father-in-law of Jesse SOOCEY, told officers that SOOCEY had stolen one of his

15  checks and forged it in the amount of $1,200 before cashing it. P.Y. discovered the theft

16  when he noticed his checking account balance was negative-$700. P.Y. stated he logged

17  into his online banking account and discovered a check cashed for $1,200.00 made out to

18  Jesse SOOCEY. P.Y. told the officer he never gave SOOCEY permission to conduct the

19  transaction. P.Y. stated he had let SOOCEY live with him for a short period of time.

20  The case was filed as a Class C Felony in April 2019 in King County Superior Court.

21    22.    On May 25, 2019, TPD Officer Wallin observed SOOCEY's vehicle, the

22  Toyota Tundra bearing Washington plate C53304F, parked on the side of the road at the

23  base of the I-705 northbound off ramp to East 26th Sreet. The vehicle was impounded

24  for safekeeping. TPD Officer Wallin reported the vehicle was abandoned and

25  unoccupied. Additionally, TPD Officer Wallin reported the front passenger window had

26  been damaged. The towing company reported Jesse SOOCEY picked up his vehicle the

27  next day, on May 26, 2019. The location where the Tundra was impounded is

28  approximately 0.3 miles from Bull's Eye.

COMPLAINT / *U.S. v. Jesse Soocey* - 34
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    23.    On or about August 16, 2019, Auburn Police officers recontacted P.Y.

2    regarding SOOCEY's current whereabouts.  P.Y. stated he had not seen SOOCEY

3    recently, but heard he was homeless and living out of his truck in Tacoma, Washington.

4    24.    An employment check for SOOCEY revealed he has been employed since

5    2016.  Wages reported to the Washington State Employment Security Department for

6    2018 and 2019 revealed a significant decrease of reported wages in the first two quarters

7    of 2019.  SOOCEY earned approximately $38,573.77 in 2018, compared to only

8    approximately $7,655.17 in the first half of 2019.

9    25.    Nine days after the Bull's Eye burglary, the stolen firearms began showing

10   up on the street.



23   26.

COMPLAINT / *U.S. v. Jesse Soocey* - 35
2019R00772

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800



27.

28.

29.     On October 14, 2019, SOOCEY was arrested by Puyallup Police
Department (PPD) on an outstanding King County Superior Court warrant for forgery
and was booked in Pierce County Jail.  On October 15, 2019, SA Vavilin and WSP
Detective Matt McMillen interviewed SOOCEY at Pierce County Jail.  Investigators
introduced and identified themselves with their issued law enforcement credentials.  The
purpose of the interview was to obtain information related to the Bull's Eye FFL burglary
that occurred on August 9, 2019 in Tacoma.  SA Vavilin explained ATF Form 3200.4,

1   Advice of Rights and Waiver to SOOCEY, who then completed the form and agreed to

2   speak with investigators.

3       30.      SOOCEY confirmed his name as Jesse Jared SOOCEY ▓▓▓▓▓▓

4   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ SOOCEY

5   confirmed his Facebook page name is Jesse SOOCEY.  SOOCEY stated he recently quit

6   his job.  SOOCEY stated he was employed as a roofer working for a company named

7   Roof Masters.  SOOCEY stated his previous employer was AMPAC for 12 years.

8       31.      When questioned regarding his criminal history, SOOCEY stated he had a

9   history of theft, burglary, and firearm offenses as a juvenile.  SOOCEY confirmed he

10   knows that he is not able to possess firearms.

11       32.      Investigators began to question SOOCEY regarding his recent criminal

12   history.  Detective McMillen asked SOOCEY regarding his knowledge of the Bull's Eye

13   gun shop.  SOOCEY asked, "Bull's Eye?  What's that?"  SOOCEY nonetheless

14   confirmed he was aware of the Bull's Eye history, referencing the DC sniper incident.

15       33.      Detective McMillen asked SOOCEY what type of vehicle he drove.

16   SOOCEY confirmed he drives a Toyota Tundra with a tonneau cover on the cargo bed.

17   SOOCEY stated no one else drives the Toyota Tundra but himself.  SOOCEY stated he

18   also rides a dirt bike but had recently sold it.

19       34.      Detective McMillen presented a photograph of the Toyota Tundra from

20   SOOCEY's Facebook, which he confirmed as his own.  TFO McMillen then presented

21   surveillance footage still shots of the vehicle around the area of Bull's Eye and Tacoma

22   Dome Station parking garage around the time of the burglary on August 9, 2019.

23   SOOCEY did not provide an affirmative denial or admission to the evidence and was

24   mostly silent.

25       35.      SA Vavilin presented a surveillance footage still shot to SOOCEY of a

26   suspect matching his description who was wearing a red hat and walking on E 25th Street

27   prior to the burglary.  SOOCEY responded stating the picture was "pretty blurry."

28

COMPLAINT / *U.S. v. Jesse Soocey* - 37
2019R00772

36.     Detective McMillen questioned SOOCEY if the burglary was his or his associate's idea to which he responded, "You know I can't do that."  Detective McMillen stated the investigators knew SOOCEY was involved in the burglary.  SOOCEY stated, "I had nothing to do with that, you will have to prove it in court."  SOOCEY stated he did not want to continue to speak without an attorney present and that he did not want to "fuck himself."  Investigators stopped the questioning and concluded the interview.

37.     Later that day, SOOCEY was released from Pierce County Jail.  At approximately 4:45 p.m., ATF agents observed SOOCEY get into his Toyota Tundra bearing Washington license plate C53304F and leave the residence located 6818 124th Street E, Puyallup, Washington.

## **CONCLUSION**

38.     Based on the foregoing, I respectfully submit that there is probable cause to believe that JESSE SOOCEY committed the crime of Theft From a Federal Firearms Licensee, in violation of Title 18, United States Code, Sections 922(u) and 2.

ANDRIY VAVILIN, Complainant
Special Agent, ATF

The above-named agent provided a sworn statement attesting to the truth of the contents of the forgoing affidavit on the 26th day of November 2019.  The Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

MICHELLE L. PETERSON
United States Magistrate Judge

COMPLAINT / *U.S. v. Jesse Soocey* - 38
2019R00772